| | | | |
|---|---|---|---|
| Com. v. Craig | 407 EDA 2016<br>Affirmed | 02/28/2017 | CP–51–CR–0011797–<br>2007<br>(Philadelphia) |
| Santangini v. Bhagvati Krupa | 522 EDA 2016<br>Affirmed | 02/28/2017 | January Term, 2015<br>No. 67<br>(Philadelphia) |
| Com. v. Penn | 536 EDA 2016<br>Vacated and<br>Remanded | 02/28/2017 | CP–23–CR–0004623–<br>2015<br>(Delaware) |
| DePiano v. Governanti | 966 EDA 2016<br>Affirmed | 02/28/2017 | No. 2013–10529–RC<br>(Chester) |
| Nevins v. Nevins | 971 EDA 2016<br>Affirmed | 02/28/2017 | 2014–01806<br>(Delaware) |
| The Ridgewood Group v. Millers Capital<br>Insurance [21] | 1138 EDA 2016<br>Affirmed | 02/28/2017 | January Term, 2015<br>No. 2263<br>(Philadelphia) |
| Com. v. Murray | 1140 EDA 2016<br>Affirmed | 02/28/2017 | CP–51–CR–0826351–<br>1981<br>(Philadelphia) |
| Com. v. Weiss | 1200 EDA 2016<br>Affirmed | 02/28/2017 | CP–51–CR–1204491–<br>1996<br>(Philadelphia) |
| Com. v. Dupree | 1322 EDA 2016<br>Affirmed | 02/28/2017 | CP–23–CR–0005104–<br>2015<br>(Delaware) |
| In Re Trusts Under the Will of Robert<br>Montgomery | 1453 EDA 2016<br>Affirmed | 02/28/2017 | No. 1977–X0448<br>(Montgomery) |
| Com. v. Ingram | 1722 EDA 2016<br>Affirmed | 02/28/2017 | CP–51–CR–0009208–<br>2009<br>(Philadelphia) |
| Com. v. Kaminski | 1775 EDA 2016<br>Affirmed | 02/28/2017 | CP–09–CR–0007134–<br>2015<br>(Bucks) |
| Tillery v. The Children's Hospital of Phi-<br>la. | 1823 EDA 2016<br>Quashed | 02/28/2017 | December Term, 2011<br>No. 02168<br>(Philadelphia) |
| A.J.Z. v. J.A.J. | 2488 EDA 2016<br>Vacated and<br>Remanded | 02/28/2017 | No. 2014–21138<br>(Montgomery) |
| Com. v. Snyder | 2962 EDA 2016<br>Affirmed | 02/28/2017 | CP–46–CR–0003847–<br>1977<br>(Montgomery) |
| Churlick v. Manor Care of Carlisle | 1108 MDA 2015<br>Reversed and<br>Remanded | 02/28/2017 | 12–7476<br>(Cumberland) |
| Com. v. Merritts | 275 MDA 2016<br>Affirmed | 02/28/2017 | CP–21–CR–0000647–<br>2015<br>(Cumberland) |

21. Petition for reargument denied April 27, 2017.